the Firm Name and Style of JAY T. McCoy & COMPANY, Defendants.— Order modified so as to provide that the allowance be increased to an amount based on four months' use and occupation, the amount thereof to be fixed on the settlement of the order, and as so modified affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur. Settle order on two days' notice.

In the Matter of the Petition of JACOB ROSENBERG and Others, Respondents, to Compel MORTON ROSENBERG and DOROTHY ROSENBERG HYAMS, Appellants, as Executors of and Trustees under the Last Will and Testament of CHARLES ROSENBERG, Deceased, to Make Distribution on Account of Income.— Order of the Surrogate's Court of Richmond county and order as resettled, directing the executors and trustees to make cash payments, affirmed, without costs. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

MARGARET LUNDQUIST, Administratrix, etc., of HILDING A. LUNDQUIST, Deceased, Respondent, v. HAROLD S. FORSBERG and the FORSBERG MANUFACTURING COMPANY, Appellants.— Order directing that a commission issue for the examination of defendants before trial affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

ROSLYN NATIONAL BANK AND TRUST COMPANY, Respondent, v. CLARA P. NORMANN and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

THE COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK on the Complaint of MAE FENNIMORE, Respondent, v. PASQUALE J. IMPERATO, Appellant. — Motion for reargument denied. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

FLATBUSH INVESTING CORPORATION, Appellant, v. VIDA A. CURREN, Respondent, and HAROLD S. LEHTMAN and Others, Defendants, Impleaded with ANTHONY M. PAPAVERO and PAPAVERO REALTY Co., INC., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

LENA FRIEDLANDER, Respondent, v. LOUIS FRIEDLANDER, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

ESTHER GOLDFARB, Appellant, v. BERNARD J. GOLDFARB, Respondent. (Appeal No. 1.) — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

HYMAN KAPLAN, Appellant, v. HOPEWELL CHINA CORPORATION, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application and Petition of the CITY OF NEW YORK, Respondent, to Acquire Certain Real Estate at Mohansic and Little Mohansic Lake in the Town of Yorktown, Westchester County, New York, etc., for the Sanitary Protection of the Water Supply of the City of New York, Additional